In the matter of the estate of EDWARD HIDDEN RAYNOLDS, deceased.

---

EDWARD F. RAYNOLDS and HAROLD RAYNOLDS, appellants,

*v.*

RICHARD T. GREENE and CENTRAL HANOVER BANK AND TRUST COMPANY, executors under the last will and testament of Edward Hidden Raynolds, deceased, and ARTHUR H. RAYNOLDS, REGINALD M. RAYNOLDS and LAURENCE I. RAYNOLDS, respondents.

[Argued February 11th, 1943. Decided May 18th, 1943.]

*Mr. John E. Toolan (Mr. Meyer E. Ruback,* of counsel), for the appellants.

*Messrs. Smith & Slingerland,* for the respondents.

PER CURIAM.

This is an appeal from the affirmance by the Prerogative Court of the order for probate of the last will and testament of Edward Hidden Raynolds. The decree appealed from is affirmed, for the reasons expressed in the opinion of Vice-Ordinary Berry in the Prerogative Court, and reported in *132 N. J. Eq. 141.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.